IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| ARTHUR AUSTERMANN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 4:20-cv-00473-DDN |
| vs. | ) |
| | ) |
| BOEHRINGER INGELHEIM | ) |
| PHARMACEUTICALS, INC., | ) |
| SANOFI-AVENTIS U.S. SERVICES, INC., | ) |
| CHATTEM, INC., and | ) |
| GLAXOSMITHKLINE, LLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Arthur Austermann, by and through his counsel of record, on this specific action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) files this Notice of Voluntary Dismissal Without Prejudice of all claims asserted on his behalf under the above-styled Complaint with this Honorable Court. Pursuant to Pretrial Order #62 [DE 3083], Plaintiff Arthur Austermann, through undersigned counsel, dismisses without prejudice Case No. 4:20-cv-00473-DDN, with each party hereby responsible for its own costs and fees.

Respectfully submitted,

**BUCHANAN, WILLIAMS & O'BRIEN, P.C.**

\_\_/s/ James V. O'Brien_____
James V. O'Brien, MO Bar #31161
Andrew S. Buchanan, MO Bar #53824
2240 S. Brentwood Blvd.
Brentwood, MO 63144
Telephone:  314-862-6865
Facsimile:  314-726-6488
E-Mail:     jobrien@bwoattorneys.com
            abuchanan@bwoattorneys.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was sent via the Court's electronic filing system, this 22nd day of June, 2022 to all counsel of record or parties to receive electronic filings.

\_\_\_/s/ James V. O'Brien_____